UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

HEZEKIAH MC KNIGHT,

                              Plaintiff,

                                                                             DECISION AND ORDER

                                                                             11-CV-6121L

                              v.

UNITED STATES,

                              Defendant.
_____

       By affidavit filed December 5, 2011 (Dkt. #7), plaintiff seeks additional time to respond to the Government's motion to dismiss. That request is granted, and plaintiff will have until January 17, 2012, within which to file a response to the Government's motion to dismiss.

       IT IS SO ORDERED.

                                                            _____
                                                              DAVID G. LARIMER
                                                           United States District Judge

Dated: Rochester, New York
         December 15, 2011.